Submitted on record and briefs July 15, affirmed September 9, petition for review denied December 22, 1998 (328 Or 194)

## CARL DEAN McCARTY,
*Appellant,*

*v.*

## Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-03-28, 621-M; CA A99146)

964 P2d 1133

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and John T. Bagg, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Affirmed. *Merrill v. Johnson*, 155 Or App 295, 964 P2d 284 (1998).